1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5  Attorney for Defendant, RAINA ESTERS

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,        )    CASE #6:06-mj-00221-WMW
                                     )
11            Plaintiff,              )
                                     )    STIPULATION TO CONTINUE
12                                   )    UNTIL FEBRUARY 20, 2007
                                     )
13  vs.                              )
                                     )
14  RAINA ESTERS,                    )
                                     )
15            Defendant.              )
    _____    )
16                                   )

17       IT IS HEREBY STIPULATED by and between the Defendant, RAINA ESTERS, her

18  Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

19  ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently

20  scheduled for January 23, 2007, at 10:00 a.m. be continued until February 20, 2007 at 10:00 a.m.

21  as discovery has not been completed.

22  Dated:   January 17, 2007

23                                          By:  /S/ Carol Ann Moses
                                                 CAROL ANN MOSES
24                                               Attorney for Defendant
                                                 RAINA ESTERS
25  Dated:   January 18, 2007
                                            By:  /S/ Elizabeth Waldow
26                                               Elizabeth Waldow
                                                 Legal Officer for
27                                               United States Government

28

                                            1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1

2                                        * * * ORDER * * *

3        The Court, having reviewed the above request for a Continuance of Status Conference

4   until February 20, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

5        1.      The Status Conference Hearing for Defendant, RAINA ESTERS, shall be

6                continued to February 20, 2007 at 10:00 a.m.

7   Dated: _____, 2007
                                                By: _____
8                                                    WILLIAM M WUNDERLICH
                                                     United States Magistrate Judge
9
                                     IT IS SO ORDERED.
10
        Dated:    **January 22, 2007**            /s/  **William M. Wunderlich**
11                      mmkd34UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28